# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130153

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANCES MORPHIS,
           Plaintiff-Appellee,

v

                                          SC: 130153
                                          COA: 254316
                                          Wayne CC: 03-319573-NM

FRIEDRICH DUTKA,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk